# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00548-CV

**In re Gary David Bray**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

On this record, we deny Relator's "Petition for Writ of Injunction" and accompanying request for emergency relief.[1]

_____

Bob Pemberton, Justice

Before Justices Pemberton, Field, and Bourland

Filed:  August 28, 2015

---

[1]  *See* Tex. R. App. P. 52.8(a), 52.10.